# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Ricky Morrison | : | Case No. 4:22-cv-02314 |
|     Plaintiff, | : | Judge Benita Y. Pearson |
| | | Magistrate Judge Carmen E. Henderson |
| v. | : | |
| Mahoning County, *et al.*, | : | |
|     Defendants. | : | |

## DEFENDANT GINA DeGENOVA'S MOTION TO CONTINUE
## CASE MANAGEMENT CONFERENCE

Now comes Defendant Gina DeGenova, in accordance with this Court's April 7, 2023 "Telephonic Case Management Conference Scheduling Order," and respectfully seeks a continuance of the May 17, 2023 conference. (Doc. 19). Her legal counsel, Daniel T. Downey and Angelica M. Jarmusz, are in a jury trial in the Southern District of Ohio the week of May 15, 2023. Attorneys of record for the parties in this case have conferred about availability for a new Case Management Conference date and ***propose May 23, 2023 (aside from 10:30am-11:30am)***.

Should May 23, 2023 not work for this Court, various trial schedules require the parties to look at July dates for the continued Case Management Conference.

    Respectfully Submitted,

s/ Daniel T. Downey
Daniel T. Downey (0063753)
Angelica M. Jarmusz (0092249)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Pkwy, Suite 200
New Albany, Ohio 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Fax
ddowney@fisheldowney.com
ajarmusz@fisheldowney.com
*Attorneys for Defendant Gina DeGenova*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing ***"Defendant Gina DeGenova's Motion to Continue Case Management Conference"*** was served this 11th day of April 2023 through the Court's electronic filing system.

s/ Daniel T. Downey
Daniel T. Downey (0063753)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Counsel for Defendant Gina DeGenova*

2