**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Ricky Morrison | : | Case No. 4:22-cv-02314 |
| Plaintiff, | : | Judge Benita Y. Pearson |
| | | Magistrate Judge Carmen E. Henderson |
| v. | : | |
| Mahoning County, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANT GINA DeGENOVA'S NOTICE OF SERVICE
OF FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES**

Now comes Defendant Gina DeGenova, by and through counsel, and hereby gives notice to this Court that Defendant Gina DeGenova's initial disclosures under Fed. R. Civ. P. 26(a)(1) have been duly served upon counsel of record via electronic mail on May 3, 2023. (*See* CMC Scheduling Order, Doc. 19, PageID#301).

Respectfully Submitted,

s/ Daniel T. Downey
Daniel T. Downey (0063753)
Angelica M. Jarmusz (0092249)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Pkwy, Suite 200
New Albany, Ohio  43054
(614) 221-1216 – Telephone
(614) 221-8769 – Fax
ddowney@fisheldowney.com
ajarmusz@fisheldowney.com
*Attorneys for Defendant Gina DeGenova*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing ***"Defendant Gina DeGenova's Notice of Service of Fed. R. Civ. P. 26(a)(1) Initial Disclosures"*** was served this 3rd day of May 2023 through the Court's electronic filing system.

s/ Daniel T. Downey
Daniel T. Downey (0063753)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Counsel for Defendant Gina DeGenova*

2