IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **Ricky Morrison**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**Mahoning County, *et al.***<br><br>　　　　　Defendants. | Case No. 4:22-cv-02314<br><br>Judge Benita Y. Pearson<br><br>Magistrate Judge Carmen E. Henderson |

**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES UPON DEFENDANTS**

Plaintiff Ricky Morrison respectfully gives notice that today he served his Initial Disclosures

on Defendants in accordance with Fed. R. Civ. P. 26(a)(1) and this Court's Telephonic Case

Management Conference Scheduling Order (Doc. 19).

Dated: May 3, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Subodh Chandra* | *Per consent* |
| Subodh Chandra (0069233) | Martin P. Desmond (0077377) |
| Donald P. Screen (0044070) | Attorney at law |
| THE CHANDRA LAW FIRM LLC | P.O. Box 14052 |
| The Chandra Law Building | Youngstown, OH 44514 |
| 1265 West 6th Street, Suite 400 | 330.559.4505 (p) |
| Cleveland, Ohio 44113 | Mpmd4@hotmail.com |
| 216.578.1700 (p) / 216.578.1800 (f) | |
| Subodh.Chandra@ChandraLaw.com | *Attorneys for Plaintiff Ricky Morrison* |
| Donald.Screen@ChandraLaw.com | |