IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Ricky Morrison** <br><br> Plaintiff, <br><br> v. <br><br> **Mahoning County, *et al.*** <br><br> Defendants. | Case No. 4:22-cv-02314 <br><br> Judge Benita Y. Pearson <br><br> Magistrate Judge Carmen E. Henderson |

**PLAINTIFF RICKY MORRISON'S OPPOSITION TO MOTIONS
TO EXCUSE APPEARANCE AT MEDIATION (ECF NOS. 38, 39)**

Plaintiff Ricky Morrison respectfully opposes the motions to excuse the in-person appearance of CORSA-insurance representatives at the June 14, 2023 mediation. (ECF Nos. 38 and 39.)

The parties and insurer have been on reasonable notice about the mediation for quite some time. In Plaintiff's counsel's experience, mediation by insurer representatives in person enhances the prospects of success. Absence diminishes the prospects of success because it results in less investment in the process by those holding the purse strings, devaluation of the existence and magnitude of emotional damages, and key decisionmakers then missing out on in-person mediation dynamics and nuances. In other words, it results in key decisionmakers literally "phoning it in" and multitasking with digital distraction.

Seeking not to show up in person is disrespectful to Mr. Morrison and the process. If the settlement gap in this case is to be closed, in-person attendance by both CORSA representatives is essential. Two representatives have been assigned because of the inherent conflicts between

Page 1 of 2

Defendant Traficanti's position and the other County Defendants' position—all the more reason in this case why those representatives should continue to be required to attend in person.

Mr. Morrison thus requests that the motions be denied and that the standard rules of attendance be followed.

Dated: June 7, 2023                                             Respectfully submitted,


/s/ Subodh Chandra                                            /s/ Per consent
Subodh Chandra (0069233)                           Martin P. Desmond (0077377)
Donald P. Screen (0044070)                          Attorney at law
THE CHANDRA LAW FIRM LLC                     P.O. Box 14052
The Chandra Law Building                            Youngstown, OH 44514
1265 West 6th Street, Suite 400                     330.559.4505 (p)
Cleveland, Ohio 44113                                  Mpmd4@hotmail.com
216.578.1700 (p) / 216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com            *Attorneys for Plaintiff Ricky Morrison*
Donald.Screen@ChandraLaw.com