PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY MORRISON, | ) | |
| | ) | CASE NO. 4:22CV2314 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MAHONING COUNTY, OHIO, *et al*. | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

The Court has been notified that the parties in the above-captioned matter have reached a tentative settlement agreement.

The docket, therefore, shall be marked "settled and dismissed *without prejudice*." If the parties finalize the now tentative agreement, they shall jointly submit an executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order. If the parties are unable to finalize the settlement agreement, they shall notify the Court not later than August 21, 2023, and the matter will be being returned to active status.

Meanwhile, all upcoming case management and trial dates are vacated.

IT IS SO ORDERED.

| | |
|---|---|
| June 21, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |