IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **Ricky Morrison**<br><br>              Plaintiff,<br><br>     v.<br><br>**Mahoning County,** *et al.*<br><br>              Defendants. | Case No. 4:22-cv-02314<br><br>Judge Benita Y. Pearson<br><br>Magistrate Judge Carmen E. Henderson |

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

The matter having been resolved, Plaintiff Ricky Morrison, Defendants Mahoning County, Carol Rimedio-Righetti, David Ditzler, Audrey Tillis, and Anthony Traficanti respectfully and jointly file this stipulation of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1), each party to bear its own costs. The Court will retain jurisdiction solely to enforce the settlement.

Dated: July 25, 2023

Respectfully submitted,

/s/ Per consent
John T. Mclandrich (0021494)
David J. Sipusic (0073699)
Edmond Z. Jaber (0096355)
MAZANEC, RASKIN & RYDER CO., LPA
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906 (p)
(440) 248-8861 (f)
Email: jmclandrich@mrrlaw.com
        dsipusic@mrrlaw.com
        ejaber@mrrlaw.com

*Attorneys for Defendants Mahoning County, Carol Rimedio-Righetti, David Ditzler and Audrey Tillis*


/s/ Per consent
Michael P. Quinlan (0066718)
Kenneth E. Smith (0090761)
MANSOUR GAVIN LPA
1001 Lakeside Avenue, Suite 1400
Cleveland, OH 44114
(216) 523-1500 (p)
(216) 523-1705 (f)
mquinlan@mggmlpa.com
ksmith@mggmlpa.com

*Attorneys for Defendant Anthony Traficanti*

/s/ Subodh Chandra
Subodh Chandra (0069233)
Donald P. Screen (0044070)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West 6th Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) / 216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com


/s/ Per consent
Martin P. Desmond (0077377)
Attorney at law
P.O. Box 14052
Youngstown, OH 44514
330.559.4505 (p)
Mpmd4@hotmail.com

*Attorneys for Plaintiff Ricky Morrison*

Page 2 of 2